**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**            16-9100

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Magistrate Case No. 4532876 (Class A) |
| v. | |
| **MICHAEL J. MCBRIDE** | Offense on a Federal Reservation |

BEFORE the **Honorable Anthony R. Mautone,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation under the provisions of 32 CFR 634.25 (f), personally appeared this day **Capt Allison C. Latshaw**, Special Assistant U.S. Attorney, 87th ABW/JA, Joint Base McGuire-Dix-Lakehurst, New Jersey, who, under oath charges that:

On or about the **3rd day of November 2015**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**MICHAEL J. MCBRIDE** did commit,

Simple Possession of CDS in violation of 21 USC Sec 844.

The name of the Complainant is **Capt Allison C. Latshaw**.

_____
**ALLISON C. LATSHAW, Capt, USAF**
**Special Assistant United States Attorney**

SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, AT JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 7TH DAY OF JANUARY 2016.

_____
**HONORABLE ANTHONY R. MAUTONE**
**UNITED STATES MAGISTRATE JUDGE**

NJ 1/7/16  5/5/16  NK 6/9/16